## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 529 EAL 2015
                                 :
      Respondent                 :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
    v.                          :
                                 :
                                 :
ERIC ARMS,                       :
                                 :
      Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Eakin and Donohue did not participate in the consideration or decision of this matter.